UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| GARY LEWIS KEYS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV425-029 |
| | ) | |
| DESHAWN JONES, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Gary Lewis Keys has filed a 28 U.S.C. § 2254 Petition challenging a 2017 conviction in Gwinnett County, Georgia. *See* doc. 1 at 2-3. He has also moved to proceed *in forma pauperis*. Doc. 2. As explained below, this Court is not the proper venue for his Petition. The Court will, therefore, transfer it. Further proceedings concerning Keys' Motion, including whether to grant leave to proceed *in forma pauperis*, will be addressed by the transferee court.

Federal law allows § 2254 petitions to be filed in the district within which the petitioner was convicted or in the district within which he is confined. 28 U.S.C. § 2241(d); *Wright v. Indiana*, 263 F. App'x 794, 795

1

(11th Cir. 2008). Keys' Petition indicates that he is incarcerated at Augusta State Medical Prison. Doc. 1 at 1. It further reveals that he was convicted in Gwinnett County, Georgia. *Id.* at 2. Thus, this Court has jurisdiction over the petition.[1] Nevertheless, it is a longstanding judicial policy and practice to funnel such petitions into the district within which the state prisoner was convicted, since that will be the most convenient forum. *Eagle v. Linahan,* 279 F.3d 926, 933 n. 9 (11th Cir. 2001); *see also Mitchell v. Henderson,* 432 F.2d 435, 436 (5th Cir. 1970); *Wright*, 263 F. App'x at 795. That practice also fosters an equitable distribution of habeas cases between the districts. Gwinnett County lies in the Northern District of Georgia. *See* 28 U.S.C. § 90(a)(2). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Northern District of Georgia for all further proceedings. *See* 28 U.S.C. § 1404(a) (permitting a district court to transfer any civil action to another district or division where it may have been brought for

---

[1] Augusta State Medical Prison is located in this Court's Augusta Division. *See* 28 U.S.C. § 90(c)(1). Since this Order transfers the case to the Northern District of Georgia, whether it was filed in the proper division within the Southern District is moot.

2

the convenience of parties and witnesses and in the interest of justice);

*Rufus v. Kemp*, 2013 WL 2659983 at * 1 (S.D. Ga. June 12, 2013).

**SO ORDERED,** this 6th day of February, 2025.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia